judgment. (See *Susquehanna Steamship Co., Inc.,* v. *Andersen & Co., Inc., Action No. 4, Appeal No. 1, ante,* p. 26.) It appears that prior to the trial of the action in the case at bar, the action in New York county had been discontinued, and the learned trial justice so decided. The only matter pending was the adjustment of the costs, allowances and damages which plaintiff was directed to pay under the orders made in New York county in the First Department. (*Susquehanna Steamship Co., Inc.,* v. *Andersen & Co., Inc.,* 200 App. Div. 902.) Upon the main appeal in this action we have affirmed the judgment entered upon the verdict directed by the court upon the trial. It appears that prior to the argument of the appeal the defendant, appellant, was paid by plaintiff and accepted the sum of $6,000 in full settlement of the costs, allowances and damages arising from a preliminary injunction order in the New York county action. Under the circumstances we think that the appeal from the order denying the motion to dismiss this action because of the pendency of the suit in New York county presents questions which are entirely academic. We, therefore, grant the plaintiff's motion to dismiss the appeal, with ten dollars costs and disbursements. Jaycox, Manning, Young and Kapper, JJ., concur. Plaintiff's motion to dismiss appeal granted, with ten dollars costs and disbursements.

---

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant. (Action No. 4 — Appeal No. 3.) — The question involved in this appeal has been discussed in the opinion filed upon affirmance of the judgment entered upon the direction of a verdict at the trial [*Susquehanna Steamship Co., Inc.,* v. *Andersen & Co., Inc., Action No. 4, Appeal No. 1, ante,* p. 26], decided herewith. Order denying motion to correct clerk's minutes affirmed, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FRANK ALLEN, Respondent, v. GOLDWYN PICTURES CORPORATION, Appellant, Impleaded with HENNING BERGER, Defendant.— Order reversed upon the law, with ten dollars costs and disbursements, and judgment unanimously directed dismissing the complaint, with costs, with leave, however, to plaintiff to serve an amended complaint within twenty days after service of the order to be entered upon this appeal, with notice of entry, upon payment of costs. This is not an action to restrain unfair competition, but is one to enforce plaintiff's alleged common-law right in the play in controversy. Plaintiff's contract with the author, however, recites that the play has been published, and in the absence of suitable allegations in the complaint showing that the publication was a restricted one, the word " published " will be given its ordinary meaning, and will be presumed to show a dedication to the public which destroyed the author's common-law right. Plaintiff therefore, acquired no such right either in the play or the title. (*Underhill* v. *Schenck,* 201 App. Div. 46.) Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

BI-HARBOR REALTY CORPORATION and Others, Respondents, v. WILLIAM A. KIRK and Another, Appellants, Impleaded with Others, Defendants.— Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.